694

of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Floyd H. Bradley* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts, Laurence A. Knapp* and *Morris P. Glushien* for respondent.

No. 735. AMERICAN PACKING & PROVISION CO. *v.* UNITED STATES. December 15, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. J. H. DeVine, J. A. Howell,* and *Neil R. Olmstead* for petitioner. *Solicitor General Fahy* for the United States.

No. 742. HAWKINSON *v.* JOHNSTON. December 15, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Maurice J. O'Sullivan, J. Francis O'Sullivan,* and *Leo T. Schwartz* for petitioner. *Mr. Inghram D. Hook* for respondent.

No. 327. HAMMOND-KNOWLTON, ADMINISTRATRIX, *v.* UNITED STATES ET AL. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Rudolph L. von Bernuth* for petitioner. *Assistant Solicitor General Fahy* for respondents.

No. 734. SIMON *v.* UNITED STATES. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Randolph Bias* for petitioner. *So-*